936

No. 807. TAYLOR *v*. FAHS, COLLECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Philip Elijah Paine* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Walter Akerman, Jr.* for respondent.

No. 808. LIEBLING *v*. LEVY ET AL. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *Frank D. Mayer* and *Louis A. Kohn* for respondents.

No. 813. MILNER ET AL. *v*. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Wm. Scott Stewart* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 815. STEINER *v*. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Robert J. Downing* and *William I. Conway* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Joseph M. Howard* and *Lawrence K. Bailey* for the United States.

No. 821. CLAY ET AL. *v*. DOMINION OF CANADA ET AL. C. A. 2d Cir. Certiorari denied. *John W. Guzzetta* for petitioners. *Inzer B. Wyatt* filed a brief for Arnold D. P. Heeney, Ambassador of Canada to the United States, as *amicus curiae,* in opposition.

No. 822. WOLF *v*. BOYD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *John Caughlan* for petitioner. *Solici-*

*tor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for respondent.

No. 826. LOCAL No. 332, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, ET AL. *v.* GRAND TRUNK WESTERN RAILROAD Co. C. A. 6th Cir. Certiorari denied. *David Previant* and *George S. Fitzgerald* for petitioners. *H. Victor Spike* for respondent.

No. 827. COOKE, DOING BUSINESS AS COBE OIL CO., *v.* LIBERTY MUTUAL FIRE INSURANCE Co. C. A. 8th Cir. Certiorari denied. *Ernest Hubbell* for petitioner. *Albert Leroy Plummer* for respondent.

No. 828. HOWARD *v.* FURST ET AL. C. A. 2d Cir. Certiorari denied. *Lewis M. Dabney, Jr.* for petitioner. *Mortimer Hays* and *Mortimer Feuer* for Furst et al., *A. Donald MacKinnon* for Everett, and *Edward W. Bourne* and *Eugene Z. DuBose* for the Cerro de Pasco Corporation, respondents.

No. 836. SERGEANT *v.* FUDGE, REGIONAL OPERATIONS MANAGER, POST OFFICE DEPARTMENT, ET AL. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondents.

No. 840. VANDERVEER *v.* ERIE MALLEABLE IRON Co. C. A. 3d Cir. Certiorari denied. *Ralph Hammar* for petitioner. *Julian Miller* for respondent.